910

January 17, 1949.

*Miscellaneous Orders.*

No. 279, Misc.   Ex parte Louisiana Farmers Protective Union, Inc.   Motion for an extension of time within which to file petition for rehearing denied.

No. 2, October Term, 1941.   Bernards et al. *v.* Johnson et al.   Motion to recall the mandate denied.

No. 285, Misc.   Pardee *v.* Michigan; and
No. 299, Misc.   McCray *v.* Wright, Warden.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 310, Misc.   Poresky *v.* King; and
No. 312, Misc.   Lowe   *v.*   Killinger.   Applications denied.

No. 431.   United Steelworkers of America et al. *v.* National Labor Relations Board.   C. A. 7th Cir.   Certiorari granted.   *Arthur J. Goldberg, Frank Donner* and *Thomas E. Harris* for petitioners.   *Solicitor General Perlman* for respondent.

No. 386.   Clark, Attorney General, Successor to the Alien Property Custodian, *v.* Manufacturers Trust Co.; and
No. 443.   Manufacturers Trust Co. *v.* Clark, Attorney General, Successor to the Alien Property Custodian.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner in No. 386.   *Leonard G. Bisco* for the Manufacturers Trust Co., petitioner in No.